# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 925 MAL 2014
:
                 Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
            v. :
:
:
:
SHANE DOUGLAS PITTMAN, :
:
                 Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.